| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | JAN 19 2022 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| TIMOTHY R. PETROZZI,<br><br>          Plaintiff-Appellant,<br><br>   v.<br><br>JAY ROBERT INSLEE, Governor; et al.,<br><br>          Defendants-Appellees. | No.   21-35882<br><br>D.C. No. 3:20-cv-06000-BHS<br>Western District of Washington,<br>Tacoma<br><br>ORDER |

Before: TALLMAN, CHRISTEN, and NGUYEN, Circuit Judges.

Upon a review of the record and the response to the court's October 28, 2021 order, we conclude this appeal is frivolous. We therefore deny appellant's motion to proceed in forma pauperis (Docket Entry No. 2), *see* 28 U.S.C. § 1915(a), and dismiss this appeal as frivolous, pursuant to 28 U.S.C. § 1915(e)(2) (court shall dismiss case at any time, if court determines it is frivolous or malicious).

No further filings will be entertained in this closed case.

**DISMISSED.**

MKS/MOATT